IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

ALAN JOHNSTON and
JANET JOHNSTON,

        Plaintiffs,

v.                              CIVIL ACTION NO. 5:17-cv-03249

CITIFINANCIAL, INC., and
AMERICAN HEALTH AND LIFE
INSURANCE COMPANY,

        Defendants.

## JUDGMENT ORDER

In accordance with the Memorandum Opinion and Order granting the Defendants' motion to dismiss, the Court **ORDERS** that judgment be entered in favor of the Defendants, and that this matter be dismissed and stricken from the docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

ENTER:      October 10, 2017

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA